

IN THE
TENTH COURT OF APPEALS

——————————

No. 10-18-00264-CV

IN RE STACY LYNN BONE

——————————

Original Proceeding

# O R D E R

Relator's Petition for Writ of Mandamus and Emergency Motion for Temporary Relief to Stay Trial Court Proceedings were filed on August 13, 2018. The emergency motion to stay is granted. *See* TEX. R. APP. P. 52.10(b). The temporary hearing on real-party-in-interest's motion to modify the divorce decree, to the extent it seeks to expand the geographic restriction in the Agreed Divorce, is stayed until further order of this Court.

Further, the Court requests a response to Relator's Petition for Writ of Mandamus from the parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 7 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
      (Justice Davis would deny the Mandamus Petition)
Motion granted; Response requested
Order issued and filed August 13, 2018

